UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLEVELAND WINSTON KILGORE<br>B.O.P. #09441-007 | * | CIVIL ACTION NO. 2:15-cv-2063<br>SECTION P |
| v. | * | JUDGE MINALDI |
| LORETTA LYNCH ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 13), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 15 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE